IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MIKE HOOVER, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>THE STATE OF NEBRASKA, )<br>through the NEBRASKA )<br>DEPARTMENT OF )<br>ADMINISTRATIVE SERVICES, and )<br>AMY ARCHULETA, Individually and )<br>in her official capacity, and )<br>CARLOS CASTILLO, Individually )<br>and in his official capacity, )<br>)<br>    Defendants. | Case No. 4:12CV3197<br><br>ORDER |

This matter is before the Court on Kari Anne Frye Scheer's motion to withdraw as counsel for Defendants.  (Filing 16.)  The motion will be granted.

**IT IS ORDERED:**

1. The Motion to Withdraw as Counsel of Record (filing 16) is granted.

2. The Clerk of Court shall terminate Kari Anne Frye Scheer as counsel of record for Defendants and shall terminate future notices to her in this action.

**DATED February 28, 2013.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**