# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MIKE HOOVER,** | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CV3197 |
| | ) | |
| V. | ) | |
| | ) | |
| **STATE OF NEBRASKA, AMY ARCHULETA, and CARLOS CASTILLO,** | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

Ryan Gilbride has filed a motion requesting leave to withdraw as counsel of record for Defendants. ([Filing 36](#).)  Upon the representation that Defendants will remain represented in this matter, the motion will be granted.

Accordingly,

**IT IS ORDERED:**

1. The Motion to Withdraw as Counsel of Record ([filing 36](#)) is granted.

2. The Clerk of Court shall terminate Ryan Gilbride's appearance as counsel for Defendants and shall terminate future notices to Mr. Gilbride in this action.

**DATED June 7, 2013.**

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　S/ F.A. Gossett
　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**